**GUTRIDE SAFIER LLP**
SETH A. SAFIER (State Bar No. 197427)
MARIE A. MCCRARY (State Bar No. 262670)
TODD KENNEDY (State Bar No. 250267)
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469
seth@gutridesafier.com
marie@gutridesafier.com
todd@gutridesafier.com

KALI R. BACKER (appearing *pro hac vice*)
4450 Arapahoe Ave., Suite 100
Boulder, CO 80303
Telephone: (415) 639-9090
kali@gutridesafier.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON BRISKIN, an individual, on behalf of himself, the general public and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SHOPIFY INC.; SHOPIFY (USA), INC.; and SHOPIFY PAYMENTS (USA), INC.,<br><br>Defendants. | CASE NO. 4:21-cv-06269-PJH<br><br>**PLAINTIFF'S NOTICE OF APPEAL**<br><br>Hon. Phyllis Hamilton |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD**:

Notice is hereby given that, pursuant to 28 U.S.C. § 1291 and 28 U.S.C. § 2107(a), Plaintiff Brandon Briskin appeals to the United States Court of Appeals for the Ninth Circuit from (a) this Court's order granting Defendants' motions to dismiss (Dkt. No. 66), filed May 5, 2022, and (b) this Court's final judgment dismissing the action (Dkt. No. 67), filed May 5, 2022.

In accordance with the Federal Rule of Appellate Procedure 12(b) and the Ninth Circuit Rule 3-2(b), a Representation Statement is attached as Exhibit A.

Dated: June 1, 2022          Respectfully submitted,

**GUTRIDE SAFIER LLP**

*/s/Seth A. Safier/s/*

Seth A. Safier, Esq.
Marie A. McCrary, Esq.
Todd Kennedy, Esq.
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469
seth@gutridesafier.com
marie@gutridesafier.com
todd@gutridesafier.com

Kali R. Backer, Esq. (*pro hac vice*)
4450 Arapahoe Ave., Suite 100
Boulder, CO 80303
Telephone: (415) 639-9090
kali@gutridesafier.com

*Attorneys for Plaintiff*

# EXHIBIT A

## REPRESENTATION STATEMENT

In accordance with the Federal Rule of Appellate Procedure 12(b) and the Ninth Circuit Rule 3-2(b), the following list represents all parties to the action and, upon information and belief, their respective counsel by name, address, telephone number, and email address.

| Party | Counsel of Record |
|---|---|
| **Plaintiff-Appellants Brandon Briskin** | **GUTRIDE SAFIER LLP**<br>Seth A. Safier (State Bar No. 197427)<br>Marie A. McCrary, Esq. (State Bar No. 262670)<br>Todd Kennedy, Esq. (State Bar No. 250267)<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone: (415) 639-9090<br>Facsimile: (415) 449-6469<br>seth@gutridesafier.com<br>marie@gutridesafier.com<br><br>Kali R. Backer (appearing *pro hac vice*)<br>4450 Arapahoe Ave., Suite 100<br>Boulder, CO 80303<br>Telephone: (415) 639-9090<br>matt@gutridessafier.com<br>kali@gutridesafier.com |
| **Defendant-Appellee, Shopify Inc., Shopify (USA) Inc., and Shopify Payments (USA) Inc. Company** | **ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>JACOB M. HEATH (SBN 238959)<br>jheath@orrick.com<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>Telephone: +1 650 614 7400<br>Facsimile: +1 650 614 7401<br><br>THOMAS FU (SBN 325209)<br>tfu@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017-5855<br>Telephone: +1 213 629 2020<br>Facsimile: +1 213 612 2499<br><br>ARAVIND SWAMINATHAN (admitted pro hac vice)<br>aswaminathan@orrick.com<br>NICOLE M. TADANO (admitted pro hac vice)<br>ntadano@orrick.com |

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
Telephone: +1 206 839 4300
Facsimile: +1 206 839 4301

Attorneys for Defendants, Shopify Inc., Shopify (USA) Inc., and Shopify Payments (USA) Inc.

Dated: June 1, 2022

Respectfully submitted,

**GUTRIDE SAFIER LLP**

*/s/Seth A. Safier*

Seth A. Safier, Esq.
Marie A. McCrary, Esq.
Todd Kennedy, Esq.
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469
seth@gutridesafier.com
marie@gutridesafier.com
todd@gutridesafier.com

Kali R. Backer, Esq. (*pro hac vice*)
4450 Arapahoe Ave., Suite 100
Boulder, CO 80303
Telephone: (415) 639-9090
matt@gutridesafier.com
kali@gutridesafier.com

*Attorneys for Plaintiff*