GUTRIDE SAFIER LLP
Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
Marie McCrary (State Bar No. 262670)
marie@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
todd@gutridesafier.com
Hayley Reynolds (State Bar No. 306427)
hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

Stephen M. Raab (pro hac vice)
stephen@gutridesafier.com
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (415) 639-9090 x109

Attorneys for Plaintiff
Brandon Briskin

COOLEY LLP
BENEDICT HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
JOSHUA ANDERSON (312836)
(joshua.anderson@cooley.com)
TIFFANY M. LIN (321472)
(tiffany.lin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Attorneys for Defendants
Shopify Inc.; Shopify (USA) Inc.; and
Shopify Payments (USA) Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

BRANDON BRISKIN, on behalf of himself and those similarly situated,

Plaintiff,

v.

SHOPIFY INC.; SHOPIFY (USA) INC.; and SHOPIFY PAYMENTS (USA) INC.,

Defendants.

Case No. 21-cv-06269-PJH

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER RE: DEFENDANTS' RESPONSIVE PLEADING DEADLINE TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

Hon. Phyllis Hamilton

Pursuant to Civil Local Rules 7-12, 6-1(b), and 6-2(a), Plaintiff Brandon Briskin ("Plaintiff") and Defendants Shopify Inc., Shopify (USA) Inc., and Shopify Payments (USA), Inc. ("Defendants," and collectively, the "parties"), having met and conferred, hereby agree and stipulate as follows.

In light of the availability of counsel, and to promote judicial efficiency, the parties agree

to extend Defendants' deadline to file an answer to Plaintiff's Third Amended Class Action Complaint to September 10, 2026.

If entered, this stipulation will modify the deadline set in this Court's Order re: Defendants' Motion to Dismiss Third Amended Complaint for Defendants to file their answer. *See* Dkt. 112 at 10 ("Defendants shall have 21 days from the date of this order to file an answer to plaintiff's third amended complaint."). This stipulation shall have no effect on any other event or deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED: August 18, 2026

By: /s/ Raj Thairani

GUTRIDE SAFIER LLP
Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
Marie McCrary (State Bar No. 262670)
marie@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
todd@gutridesafier.com
Hayley Reynolds (State Bar No. 306427)
hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

Stephen M. Raab (pro hac vice)
stephen@gutridesafier.com
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (415) 639-9090 x109

*Attorneys for Plaintiff*

DATED: August 18, 2026

By: */s/ Benedict Hur*

COOLEY LLP
BENEDICT HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
JOSHUA ANDERSON (312836)
(joshua.anderson@cooley.com)
TIFFANY M. LIN (321472)
(tiffany.lin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

*Attorneys for Defendants*

**CIVIL LOCAL RULE 5-1(h)(1) ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories herein.

DATED: August 18, 2026

By: */s/ Benedict Hur* __________
Benedict Hur

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 18, 2026

The Honorable Phyllis J. Hamilton
United States District Judge